STATE OF CONNECTICUT *v.* DOROTHY PETRUCELLI

STATE OF CONNECTICUT *v.* ARTHUR J.
PETRUCELLI, JR.
(AC 23528)
(AC 23529)

Lavery, C. J., and Schaller and McLachlan, Js.

Argued January 20—officially released February 10, 2004

Per Curiam. The judgment is affirmed.

HOLLY PERRON *v.* GERARD M. ROBERT
(AC 23737)

Foti, West and Hennessy, Js.

Argued January 21—officially released February 10, 2004

Per Curiam. The judgment is affirmed.

KYLE COLLINS *v.* COMMISSIONER OF CORRECTION
(AC 23664)

Lavery, C. J., and Foti and McLachlan, Js.

Submitted on briefs January 23—officially released March 2, 2004

Per Curiam. The habeas court denied the petition for
a writ of habeas corpus and denied the petitioner's
request for certification to appeal to this court. After a
careful review of the record and briefs, we conclude

that the petitioner has not demonstrated that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner or that the questions are adequate to deserve encouragement to proceed further. See *Simms* v. *Warden*, 230 Conn. 608, 616, 646 A.2d 126 (1994).

The appeal is dismissed.

## MARION L. MILLER *v.* COMMISSIONER OF CORRECTION
### (AC 23726)

Lavery, C. J., and Foti and McLachlan, Js.

Submitted on briefs January 23—officially released March 2, 2004

Per Curiam. The habeas court denied the petition for a writ of habeas corpus and denied the petitioner's request for certification to appeal to this court. After a careful review of the record and briefs, we conclude that the petitioner has not demonstrated that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner or that the questions are adequate to deserve encouragement to proceed further. See *Simms* v. *Warden*, 230 Conn. 608, 616, 646 A.2d 126 (1994).

The appeal is dismissed.

## STATE OF CONNECTICUT *v.* DEAN S. VLAHOS
### (AC 23940)

Flynn, West and McDonald, Js.

Argued February 17—officially released March 2, 2004